MARÍA DE LOURDES ANDRADES RODRÍGUEZ, apelante, *v.* PIZZA HUT MANAGEMENT CORPORATION, apelada.

*Número:* AC-96-36          *Resuelto:* 21 de junio de 1996

*José T. Marrero Rivera,* abogado de la apelante.

## RESOLUCIÓN

Atendida la moción de reconsideración presentada en este caso, se aclara que, al dictaminarse en el caso de epígrafe que los intereses sobre las costas se pagan a partir de la fecha cuando se dictó la sentencia, y no a partir del día de la presentación de la demanda, ello significa a partir de la fecha en que el tribunal sentenciador fija el monto de las costas.

*Publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario del Tribunal Supremo. Los Jueces Asociados Señores Negrón García y Rebollo López entienden que los intereses en cuestión se pagan a partir de la fecha cuando se dictó la sentencia. La Juez Asociada Señora Naveira de Rodón no intervino.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario del Tribunal Supremo*